# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.
)
)
)
vs. )   CR 01-38E
Reese Ruane Pickering )
)
)
Defendants )

HEARING ON Supervised Release Violation

Before Judge Maurice B. Cohill, Jr.

AUSA Chris Trabold — Appear for Plaintiff

John J. Mead, Esq. — Appear for Defendant

Hearing Begun 9:30 10/3/06    Hrg Adjourned to —

Hrg concluded C.A.V. 9:45 10/3/06    Stenographer P. Sherman

### WITNESSES

For Plaintiff | For Defendant

D admits to violation.
D has violated the conditions of his supervision, +
supervised release shall be revoked.
CAT. II, most serious violation Grade C
Range 6-12 mo. Imprisonment
Sentence: Supervision revoked; 12 mo. imprisonment;
48 mo. S.R. All other conditions of S.R. shall remain
in full force + effect.
D Taken into Custody
Judge will recommend FCI McKean