IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
vs. )   Criminal Number 01-38E
)
DEVOE PICKERING )

The above named defendant satisfied the judgment of AUGUST 13, 2002 by paying on JULY 12, 2007 the full balance due on his/her court ordered:

      __X__ Assessment
      _____ Fine
      _____ Costs
      _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____   _____
Deputy Clerk                                    Date

2007 AUG 10 PH 2:50
CLERK
U S DISTRICT COURT